Commonwealth Bank and Trust Company *v.*
Coudriet et al., Appellants.

Argued November 13, 1964. Before ERVIN, WRIGHT,
WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.
(RHODES, P. J., absent).

*F. Cortez Bell,* with him *John H. Cartwright,* and *Bell, Silberblatt & Swoope,* for appellants.

*Norbert J. Pontzer,* with him *George F. Taylor,* and *Pontzer & Pontzer,* and *Taylor, McNaugher & Duerring,* for appellees.

OPINION PER CURIAM, December 31, 1964:

The judgment of the Court of Common Pleas of Elk County is affirmed on the opinion of President Judge R. PAUL CAMPBELL, for the court below, reported at 34 Pa. D. & C. 2d 408.